# United States District Court

**EASTERN** DISTRICT OF **VIRGINIA**

FILED
AUG - 8 2008
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

v.

Robert Everett Young

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:08-mj-611

## UNDER SEAL

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 18, 2008** in **Iraq** (venue in the Eastern District of Virginia based upon 18 U.S.C. Section 3238) defendant(s) did, (Track Statutory Language of Offense) conspire to steal a thing of value of the United States and did an act to effect the object of the conspiracy

in violation of Title **18** United States Code, Section(s) **371**.

I further state that I am a(n) **Special Agent** and that this complaint is based on the following facts:
Official Title

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

AUSA- Steve Linick

Sworn to before me and subscribed in my presence,

August 8, 2008
Date

John F. Anderson, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Complainant
Janet Keller
Special Agent
U.S. Army Criminal Investigative Command

/s/
John F. Anderson
United States Magistrate Judge