UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
__Alexandria__ DIVISION

United States of America
    Plaintiff(s)

CIVIL ACTION NO. _____

v.

Robert Everett Young
    Defendant(s)

CRIMINAL NO. __1:09-cr-196-2__

## NOTICE OF APPEAL

Notice is hereby given that __defendant, Robert Everett Young__ above named, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered in this action on the __6th__ day of __November__ 200_9_.

/s/ Claire Morris Clark
Attorney or Pro Se Appellant

601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, DC 20004
Address

Dated: __November 13, 2009__

* A motion has been filed asking the Court to appoint counsel for appeal.

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 13th day of November, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

AUSA Steve Linick
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Email: steve.linick@usdoj.gov

Andrew Gentin
Trial Attorney
Criminal Division, US Department of Justice
Andrew.gentin@usdoj.gov

                                      /s/ Claire Morris Clark
                                      Claire Morris Clark, Esquire
                                      Virginia Bar Number 73238
                                      Attorney for Robert Young
                                      Schertler & Onorato, LLP
                                      601 Pennsylvania Avenue, N.W.
                                      North Building, 9th Floor
                                      Washington, D.C. 20004
                                      Telephone: (202) 628-4199
                                      Facsimile: (202) 628-4177
                                      clark@schertlerlaw.com